NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JEREMY L. BURKHARDT (Cal. Bar No. 321744)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Jeremy.Burkhardt@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 2:19-cv-6308-DSF-KS |
| Petitioner, | Order |
| v. | |
| Jakob Saghian, | |
| Respondent. | |

On March 12, 2020, the United States filed a notice of compliance representing that Jakob Saghian complied with the IRS summons that is the subject of this action.

Accordingly, the hearing scheduled for March 16, 2020 is vacated, and this action is dismissed as moot.

IT IS SO ORDERED.

DATED: March 13, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1